**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

United States of America ex rel.
    The Tarbell Group, LLC,

    Plaintiff

        v.

Dunlap Golf Club Inc.,
Pleasant Valley Manor,
Pleasantville Fire Rescue Association, and
USA Softball of Iowa,

    Defendants

**FILED UNDER SEAL PURSUANT TO**
**31 U.S.C. § 3730(b)(2)**

Case no.    4:25-cv-118- SMR-SBJ

**COMPLAINT**

**Nature of the Case**

1.    Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

**Jurisdiction and Venue**

2.    The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

**Parties—Relator**

3.    Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

**Parties—501(c)(4) Defendants**

4.      Defendant Dunlap Golf Club Inc. is an entity exempt from taxation under section 501(c)(4) of the Internal Revenue Code, 26 U.S.C. § 501(c)(4) ("Tax-Exempt 501(c)(4) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 507 South 10th Street, Dunlap, IA.

5.      Defendant Pleasant Valley Manor is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2371 330th Street, Eddyville, IA.

6.      Defendant Pleasantville Fire Rescue Association is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1012 Business Highway 5, Pleasantville, IA.

7.      Defendant USA Softball of Iowa is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1126 Jensen Street, Iowa City, IA.

**Background**

8.      To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

9. As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

10. The PPP Program at all times excluded Tax-Exempt 501(c)(4) Organizations from eligibility.

11. Defendants each applied for and received PPP Loans for which they were legally ineligible.

**PPP Loans**

12. Dunlap Golf Club Inc. applied and received approval for a PPP Loan on April 15, 2021 (loan number 3552678800), in the amount of $16,625.00, and had said PPP Loan forgiven on November 1, 2021, in the amount of $16,714.27.

13. Pleasant Valley Manor applied and received approval for a PPP Loan on February 13, 2021 (loan number 8712148405), in the amount of $3,860.00, and had said PPP Loan forgiven on November 5, 2021, in the amount of $3,887.88.

14. Pleasantville Fire Rescue Association applied and received approval for a PPP Loan on April 2, 2021 (loan number 5185108702), in the amount of $14,395.00, and had said PPP Loan forgiven on February 3, 2022, in the amount of $14,515.68.

15. USA Softball of Iowa applied and received approval for a PPP Loan on June 29, 2020 (loan number 6162028007), in the amount of $11,298.00, and had said PPP Loan forgiven on April 13, 2022, in the amount of $11,499.51.

**Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**

16. Relator repeats and realleges each of the foregoing paragraphs.

17. Each defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

18.     Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

19.     Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

20.     Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

### Prayer for Relief

21.     WHEREFORE, Relator prays for the following relief against each defendant:

a.     A declaration that each defendant did violate the False Claims Act;

b.     An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

c.     The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

4

d.    An award to relator, including its reasonable expenses, attorneys' fees, and

costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e.    Such other and further relief as may be just and proper.

**Demand for Jury Trial**

22.    Relator demands a trial by jury.

Respectfully submitted,

/s/  Alan R. Ostergren                              /s/

Alan R. Ostergren                              Bruce Ellis Fein, Esq.
Alan R. Ostergren, P.C.                        Bruce Ellis Fein, PLLC
500 East Court Avenue                          *Pro hac vice pending*
Suite 420                                      P.O. Box 506
Des Moines, IA  50309                          Great Falls, VA 22066
alan.ostergren@ostergrenlaw.com                bruce@newdream.net
515-207-0134                                   703-248-0390

*Attorneys for Relator*